# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

LEANNA K. FARMER, :

    Plaintiff, :

                                                              Case No. 3:10cv00066

vs. :

                                                              District Judge Walter Herbert Rice

MICHAEL J. ASTRUE, : Magistrate Judge Sharon L. Ovington
Commissioner of the Social
Security Administration, :

    Defendant. :

---

## DECISION AND ENTRY

---

        This case is before the Court upon the Motion For Attorney Fees and Supplemental Memorandum (Doc. #s 23, 24) filed by Plaintiff's attorney. The Commissioner has neither responded to nor opposed the Motion, and the time for filing a Memorandum in Opposition has expired. *See* S.D. Ohio Civ. R. 7.2(a)(2).

        The Motion seeks an award of attorney fees under 42 U.S.C. §406(b)(1) in the total amount of $13,243.50. In the absence of a response or opposition by the Commissioner, the Motion, Memorandum, and supporting Exhibits establish that an award of attorney fees is warranted under 42 U.S.C. §406(b)(1) in the amount the Motion seeks.

        Accordingly, the Court hereby **ORDERS** that:

        1.       The Motion For Allowance Of Attorney Fees (Doc. #23) is GRANTED;

2. The Commissioner shall pay Plaintiff's attorney fees pursuant to 42 U.S.C. §406(b)(1) in the amount of $13,243.50; and

3. The case remains terminated on the docket of this Court.

*[signature]*
Walter Herbert Rice
United States District Judge